1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JAMES C. PACKER, SB# 77675
2 |   E-Mail: James.Packer@lewisbrisbois.com
KAYLEIGH A. ANDERSEN, SB# 306442
3 |   E-Mail: Kayleigh.Andersen@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
4 | San Bernardino, California 92408
Telephone: 909.387.1130
5 | Facsimile: 909.387.1138

6 | Attorneys for Defendants
COUNTY OF RIVERSIDE, SHERIFF
7 | CHAD BIANCO, LIEUTENANT MISHA
GRAVES, LIEUTENANT J.
8 | KRACHNER, SERGEANT
WAMBAUGH, BONNIE CARL,
9 | ARNESIA ADEQUNMI and ANDREW
PASCOE

10 |

11 | UNITED STATES DISTRICT COURT

12 | CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

13 |

14 | LEILANI JOSEPH, etc., et al.,                    Case No. 5:20-CV-00329-CJC (SHKx)

15 |              Plaintiffs,                          **STIPULATION TO DISMISS WITH PREJUDICE**

16 |       vs.                                          Trial Date:        None Set

17 | COUNTY OF RIVERSIDE,
et al.,

18 |

19 |              Defendants.

20 |

21 |       TO THIS HONORABLE COURT:

22 |       IT IS HEREBY STIPULATED by and between Plaintiffs LEILANI JOSEPH,

23 | Indvidually, and as Guardian Ad Litem for Z. JOSEPH, K. JOSEPH and N.

24 | JOSEPH, and as successor in interest of the ESTATE OF DEVIN JOSEPH, and

25 | DAYNA JADER DELHEY, individually, and Defendants COUNTY OF

26 | RIVERSIDE, SHERIFF CHAD BIANCO, LIEUTENANT MISHA GRAVES,

27 | LIEUTENANT J. KRACHNER, SERGEANT WAMBAUGH, BONNIE CARL,

28 | ARNESIA ADEQUNMI and ANDREW PASCOE through their respective

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-8037-5267.1

1   attorneys of record, as follows:

2       1.      The operative First Amended Complaint, and each and every claim for

3   relief thereof, as against Defendants COUNTY OF RIVERSIDE, SHERIFF CHAD

4   BIANCO, LIEUTENANT MISHA GRAVES, LIEUTENANT J. KRACHNER,

5   SERGEANT WAMBAUGH, BONNIE CARL, ARNESIA ADEQUNMI and

6   ANDREW PASCOE is dismissed with prejudice.

7       2.      The parties acknowledge and agree that they shall bear their own costs,

8   expenses and attorneys' fees arising out of and/or connected with this matter,

9   including any such fees or expenses potentially recoverable under 42 U.S.C. Sec.

10  1988.

11          **IT IS SO STIPULATED AND REQUESTED.**

12  DATED: April 10, 2021

13

14                                      By:     _/s/ Daniel Callaway_
                                               Daniel Callaway
15                                             Attorneys for Plaintiffs

16

17  DATED:  April 12, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP

18

19

20                                      By:     _/s/ Kayleigh A. Andersen_
                                               James C. Packer
21                                             Kayleigh A. Andersen
                                               Attorneys for Defendants COUNTY OF
22                                             RIVERSIDE, et al.

23

24

25

26

27

28

1

## <u>ATTESTATION</u>

2     All other signatories listed, and on whose behalf the filing is submitted,

3 concur in the filing's content and have authorized the filing.

4 DATED:  April 12, 2021          LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6

7                      By:       */s/ Kayleigh A. Andersen*

8                               James C. Packer
                               Kayleigh A. Andersen

9                               Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-8037-5267.1                            1

**FEDERAL COURT PROOF OF SERVICE**
JOSEPH, LEILANI vs COUNTY OF RIVERSIDE
Case No. 5:20-CV-00329-CJC (SHKx)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 13, 2021, I served the following document(s): STIPULATION TO DISMISS WITH PREJUDICE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Daniel Callaway, Esquire<br>818 North Cleveland Street<br>Oceanside, California  92054<br>760-637-6740<br>hillstreetdan@gmail.com | **Attorneys for Plaintiffs**<br>**Leilani Joseph, Indvidually, and as**<br>**Guardian Ad Litem for Z. Joseph, K.**<br>**Joseph and N. Joseph, and s successor**<br>**in interest of the Estate of Devin**<br>**Joseph, Douglas Joseph and Dayna**<br>**Jader Delhev, both individually** |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 13, 2021, at San Bernardino, California.

_____
Sharon Denise Moore-Duncan

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-8037-5267.1                                  1