JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/14/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LEILANI JOSEPH, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | Case No. 5:20-cv-00329-CJC-SHK <br><br> **ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE (DKT. 42)** <br><br> Trial Date:   None Set |

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The operative First Amended Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

2. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

DATED: April 14, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE